UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Corey Jevon McNeill                                                  Docket No. 5:06-CR-246-2D

**Petition for Action on Supervised Release**

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Jevon McNeill, who, upon an earlier plea of guilty to Conspiracy to Distribute, and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (crack) and a Quantity of Cocaine in violation of 21 U.S.C. §846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on April 3, 2007, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the conditions adopted by the court. Corey Jevon McNeill was released from custody on September 5, 2014, at which time the term of supervised release commenced. On October 24, 2014, the court was notified that McNeill had been charged with Assault on a Female. This charge was subsequently dismissed on December 1, 2014. On April 6, 2015, the court was advised that McNeill had been charged with Driving While License and Failing to Reduce Speed (15CR53982) in Cumberland County, NC. This case is pending in state court. He admits to these driving violations. It should be noted that he has obtained a valid drivers license since receiving the above noted charges.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 29, 2015, Mr. McNeill was charged in Cumberland County, NC with Hit and Run with Property Damage and Failing to Stop for a Stop Light (15CR55204). He admits these violations. He states that he had an accident and walked away from the car and left it in the street. He was located walking near the scene and was charged. He adds that he can not explain why he walked off except that he was upset. Based on this conduct, it is believed that one weekend in jail would serve as a sanction for this violation and hopefully indicate to the defendant the seriousness of his violation conduct. He signed a waiver agreeing to the following modification.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody off the Bureau of Prisons for a period of one weekend as arranged by the U.S. Probation Office and will abide by the rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: May 6, 2015

**ORDER OF COURT**

Considered and ordered this __6__ day of __May__, 2015, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge

Case 5:06-cr-00246-D   Document 67   Filed 05/06/15   Page 1 of 1